IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daimeon Mosley,<br><br>                    Plaintiff,<br><br>v.<br><br>Bootleggers Scottsdale LLC, et al.,<br><br>                    Defendants. | No. CV-15-02306-PHX-DKD<br><br>**ORDER** |

     Plaintiff filed a Motion for Judgment by Default Against Defendant on March 9, 2016. The Magistrate Judge filed a Report and Recommendation on March 11, 2016 recommending that the Presiding District Judge of the Phoenix Division enter the Proposed Default Judgment. In the Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

     The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court.

**IT IS FURTHER ORDERED** that the Court will enter the proposed Default Judgment by separate order.

Dated this 5th day of April, 2016.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge